United States District Court
Eastern District of New York
-------------------------------------------------X
Davion Trent

                  Plaintiff

    -against-

Sweeney's Pool Service, Inc.

                  Defendant
-------------------------------------------------X

Case No.: 2:22-cv-05706

**Notice of Appearance**

**PLEASE TAKE NOTICE**, that the undersigned hereby appears for Defendant, Sweeney's Pool Service, Inc., in the above-captioned matter, and hereby requests that all papers, pleadings and notices be served upon it at the address set forth below.

Dated: Nassau, New York
       December 28, 2022

                                                      Steven H. Sewell, P.C.

                                                      By: Steven H. Sewell, Esq.
                                                      Attorneys for Defendant
                                                      Sweeney's Pool Service, Inc.
                                                      675 Old Country Road
                                                      Westbury, NY 11590
                                                      (516) 997-0400
                                                      Steven@sewellpc.com

To:    Lawrence Spasojevich, Esq.
         Attorney for Plaintiff,
         Davion Trent
         9224 Queens Boulevard #740010
         Rego Park, New York 11374
         (914) 487-3592
         Ls@spasojevichlaw.com